**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA RAMIREZ,<br><br>            Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 5:23-cv-02482-KS<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: August 23, 2024

*/s/ Karen L. Stevenson*
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

-1-